UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLIE WILLIE JONES, JR.,

        Petitioner,

                                CIVIL CASE NO. 05-CV-73303-DT
v.                               HONORABLE VICTORIA A. ROBERTS

YVONNE BERRY,

        Respondent.
                                                /

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2254, the Honorable Victoria A. Roberts, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE.**

                                            S/Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: September 2, 2005

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 2, 2005.<br><br>s/Carol A. Pinegar<br>Deputy Clerk |

Dockets.Justia.com