UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLIE WILLIE JONES, JR.,

        Petitioner,

v.                                       CIVIL CASE NO. 05-CV-73303-DT
                                      HONORABLE VICTORIA A. ROBERTS

YVONNE BERRY,

        Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2254, the Honorable Victoria A. Roberts, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE.**

                                                          S/Victoria A. Roberts
                                                          Victoria A. Roberts
                                                          United States District Judge

Dated:  September 2, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 2, 2005.

s/Carol A. Pinegar
Deputy Clerk